UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES—GENERAL**

Page 1 of 1

| Case No. | 2:24-cr-00320-MEMF-1 | Date | August 1, 2024 |
|---|---|---|---|

| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | Agnes Woo – Korean Interpreter |

| Damon Berry | CourtSmart | Diane Bailey Roldan |
|---|---|---|
| *Deputy Clerk* | *Court Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Sun Sik Moon | ✓ | | ✓ | Jong Yun Kim | ✓ | | ✓ |

**Proceedings:** STATUS CONFERENCE

The case is called, and counsel make their appearances.

The Court and counsel confer regarding the status of the case.

Defendant waives his right under the Speedy Trial Act.

**IT IS SO ORDERED.**